FILED '10 AUG 24 11:50 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| Thomas Buoy,<br>    Plaintiff | CV # 08-497-HO |
|---|---|
| vs.<br><br>Michael Astrue,<br>Commissioner of Social Security,<br>    Defendant | [PROPOSED] ORDER REGARDING<br>MOTION FOR ENTRY OF JUDGEMENT |

Based upon the Motion for Entry of Judgment, supporting exhibits filed herein, and the stipulation of the parties, it is hereby ORDERED that a judgment shall be entered in favor of Plaintiff adopting the agency's decision.

DATED this **23rd** day of **Aug**, 2010.

Michael R. Hogan
United States Magistrate Judge