FILED '10 SEP 28 16:38 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

THOMAS BUOY
     Plaintiff,

CV# 08-497-HO

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
     Defendant.

_____

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7,203.84 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent

upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, ___ U.S. ___ (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and

mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,

OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this **28th** day of September, 2010.

Michael R. Hogan
United States District Judge